UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRAD REYNOLDS and DIANA REYNOLDS, husband and wife and the marital community composed thereof,<br><br>      Plaintiffs,<br><br>      v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, and any other successors in interest,<br><br>      Defendant. | NO. 2:16-cv-00009-SAB<br><br>**ORDER OF DISMISSAL** |

      The parties filed a Fed. R. Civ. P. 41 Stipulation of Dismissal. ECF No. 13. The stipulation indicates the claims have been fully settled and this matter should be dismissed with prejudice and without costs to any party. The Court finds good cause to accept the stipulated dismissal.

      Accordingly**, IT IS HEREBY ORDERED:**

    1. The parties' Stipulation of Dismissal, ECF No. 13, is **GRANTED**.

    2. The above-captioned case is **dismissed** with prejudice and without costs or attorneys' fees to any party.

    3. Any pending motions are **dismissed as moot**.

**ORDER OF DISMISSAL** # 1

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 17th day of August 2016.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** # 2